Andréa Marcus, SBN 188098
LAW OFFICE OF ANDRÉA MARCUS
A Professional Corporation
133 E. De La Guerra Street, #143
Santa Barbara, CA 93101-2247
Telephone: (888) 215-9021
Fax: (888) 215-9021
andrea@andreamarcuslaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LOURDES PONCE, ET AL., | ) | |
|---|---|---|
| | ) | No.: 1:20-cv-01286 −NONE−BAM |
| Plaintiff(s), | ) | |
| V. | ) | ORDER TO DISMISS ACTION |
| | ) | WITHOUT PREJUDICE |
| FRESNO POLICE DEPARTMENT, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Upon request of plaintiff and good cause appearing, IT IS HEREBY ORDERED that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 13, 2020**                    _____
                                                                            UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS ACTION WITHOUT PREJUDICE                                                  1